# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141969

CORINNE ANN HOFFMAN,
          Plaintiff-Appellee,

v

MANOO BOONSIRI, M.D., MANOO
BOONSIRI, M.D., P.C., and JOHN DOE, M.D.,
          Defendants-Appellees,

and

MERCY MEMORIAL HOSPITAL SYSTEM,
a/k/a MERCY MEMORIAL HOSPITAL
CORPORATION,
          Defendant-Appellant.
_____/

SC: 141969
COA: 292040
Monroe CC: 08-025588-NH

      On order of the Court, the application for leave to appeal the September 14, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

d0228